GIUSEPPE TRIPODI ET AL. *v.* GEM CONSTRUCTION
COMPANY, INC.
(12162)
GEM CONSTRUCTION COMPANY, INC. *v.* GIUSEPPE
TRIPODI ET AL.
(12164)

FOTI, LAVERY and SCHALLER, Js.

Argued December 2—decision released December 21, 1993

*Thomas J. Sansone,* for the appellants (plaintiffs in the first case, defendants in the second case).

*David A. Haught,* with whom, on the brief, was *Anthony J. Pantuso,* for the appellee (defendant in the first case, plaintiff in the second case).

PER CURIAM. The judgments are affirmed.